```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 49096
    JOSEPHINE PERCY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7162


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

     The case was dismissed after confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED       3291.78            .00         311.11
CAPITAL ONE                UNSECURED        967.54            .00          83.24
SMC % CARSON PIRIE SCOTT   UNSECURED       2152.00            .00         203.40
CITIBANK NA                CURRENT MORTG  30383.36            .00       30383.36
CITIBANK NA                MORTGAGE ARRE   1345.04            .00        1345.04
LVNV FUNDING LLC           UNSECURED        701.97            .00          56.69
CITIBANK                   UNSECURED     NOT FILED            .00            .00
SEARS ROEBUCK & CO         NOTICE ONLY   NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED       6456.04            .00         578.44
SHOPPERS CHARGE ACCOUNTS   UNSECURED        158.74            .00          15.00
DISCOVER FINANCIAL SERVI   UNSECURED       3173.35            .00         299.93
BAKER MILLER MARKOFF & K   NOTICE ONLY   NOT FILED            .00            .00
HOME DEPOT                 UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       3718.79            .00         351.47
LS AYRES                   UNSECURED       1386.00            .00         119.25
RICHARD SEIERST            UNSECURED     NOT FILED            .00            .00
KOHLS                      NOTICE ONLY   NOT FILED            .00            .00
LOWES                      UNSECURED     NOT FILED            .00            .00
MARSHALL FIELDS            UNSECURED     NOT FILED            .00            .00
MBNA AMERICA               UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       3383.74            .00         319.83
ECAST SETTLEMENT CORP      UNSECURED        616.74            .00          48.01
ROUNDUP FUNDING LLC        UNSECURED       1126.52            .00          96.92
VAN MAUR                   UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        558.17            .00          52.76
DISCOVER FINANCIAL SERVI   UNSECURED       9196.07            .00         869.16
CAPITAL ONE BANK           NOTICE ONLY   NOT FILED            .00            .00
B-LINE LLC                 UNSECURED       1786.52            .00         168.84
ACCOUNTING MANAGEMENT SE   UNSECURED     NOT FILED            .00            .00
ST JOSEPH MEDICAL CENTER   NOTICE ONLY   NOT FILED            .00            .00
ASSOC ST JAMES RADIOLOGI   UNSECURED     NOT FILED            .00            .00
CARSON PIRIE SCOTT         UNSECURED     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 49096 JOSEPHINE PERCY
```

```
LVNV FUNDING LLC              UNSECURED        138.74          .00            .00
KOHL'S DEPARTMENT STORE       UNSECURED       1416.87          .00         121.92
TIMOTHY K LIOU                DEBTOR ATTY    1,084.20                     1,084.20
TOM VAUGHN                    TRUSTEE                                     2,156.43
DEBTOR REFUND                 REFUND                                          .00
```

     Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE            38,665.00

    PRIORITY                                       .00
    SECURED                                  31,728.40
    UNSECURED                                 3,695.97
    ADMINISTRATIVE                            1,084.20
    TRUSTEE COMPENSATION                      2,156.43
    DEBTOR REFUND                                  .00
                       ---------------       ---------------
    TOTALS             38,665.00             38,665.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 06/25/08          _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE

                              PAGE   2
           CASE NO. 05 B 49096 JOSEPHINE PERCY